Nghia H. Pho

Register Number 64014-037

FCI Butner Low

Federal Correctional Institution

Post Office Box 999

Butner, North Carolina 27509

Robert C. Bonsib, Esquire

MarcusBonsib LLC

6411 Ivy Lane, Suite 116

Greenbelt, MD 20770                                  June 7, 2019

Re: <u>Work Product</u>

Dear Mr. Bonsib:

   I write to you with specific regard to my work product in my criminal action, case number 1:17-cr-00631-GLR.

   I am requesting the totality of my work product, including, yet not limited to, all electronic or written communications between the United States, law enforcement, or any other entity as such relates to any exculpatory or other evidence in my case.

  In addition, I request that any plea negotiations, statements or any other material relative to discussions or interactions be provided to me forthwith.

1

Finally, I am requesting that you expedite provision of this material to me thus I may be prepared for any potential collateral attack upon my conviction or sentence. This is important to me and I need to have this material in order to make any determination of what, if any action should be undertaken at this critical interval.

As you may be aware, receiving material in prison can be a cumbersome task, particularly if the material, in whole or in part, has been converted to any digital format. I am therefore requesting that you coordinate any disbursement through my son, Nam Pho. In this way, I may be able to receive any digital material directly and have such converted to a more conducive written format and thereafter received herein the facility or conversely, if it is equally viable, you may send the digital records to my son and also send any written copies directly to me at the facility.

As always, I do appreciate your time and attention in this matter. I look forward to hearing from you in the not so distant future as time is of the essence and a critical component of any effort to make a proper determination of what course of action that I may take in this matter.

With Kind Regards,

*[signature]*

Nghia H. Pho

Cc: file

Nam Pho