Nghia H. Pho

Register Number 64014-037

FCI Butner Low

Federal Correctional Institution

Post Office Box 999

Butner, North Carolina 27509

Robert C. Bonsib, Esquire

MarcusBonsib LLC

6411 Ivy Lane, Suite 116

Greenbelt, MD 20770

July 18, 2019

## Re: Work Product

Dear Mr. Bonsib:

I write to you with specific regards to my previous request for the entirety of my work product related to my criminal case.

Upon information and belief, you spoke with my son and at that time you indicated you were unable to provide to me a large portion of my work product as such may be included as classified data.

At this time, you have provided nothing whatsoever, and I have received nothing. While I understand your constraints in this regard, this provides an imbroglio as I cannot proceed with my collateral attack without being able to provide specific information to the Court.

At this juncture, I am requesting that you provide to me, in writing, what the exact nature of the withholding amounts to, the estimated page material and what such covers.

1

Additionally, I am requesting whatever documents you do have that are not being designated as classified. Surely the entirety of material that I have requested, by way of my previous June 7, 2019 correspondence, is not classified.

Please understand that I have a deadline in which to review and foster any issues that may be forthcoming. If you believe that the majority of the information contained, including your discussions, plea negotiations and other material relevant to my plea agreement or the evidence utilized or colloquies that were held are classified, then I must request a listing thereof. In this way, I will submit such to the District Court however, I cannot adequately prepare a motion if I cannot utilize the very same information that I would be entitled to as a criminal defendant.

I am requesting that you expedite any provision of any material amenable to my request, any response that you have in this regard and please expedite review of my data and request so that you may process such and I may make timely filings.

As always, I appreciate your time and attention in this matter.

With Kind Regards,

Nghia H. Pho

Cc:

File